**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | Case No. 1:24-cr-00323 |
| **JOSE BIAOU,** | |
|     **Defendant.** | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Maia Livengood of Quinn Emanuel Urquhart & Sullivan,

LLP hereby appears as counsel on behalf of Defendant Jose Biaou in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.


Dated:  May 19, 2025          Respectfully Submitted,


*/s/ Maia Livengood*
Maia Livengood (DC Bar No. 1724598)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
aleclevy@quinnemanuel.com

*Attorney for Defendant Jose Biaou*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Maia Livengood*

Maia Livengood