**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | Case No. 1:24-cr-00323 |
| **JOSE BIAOU,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Alec Levy of Quinn Emanuel Urquhart & Sullivan, LLP

hereby appears as counsel on behalf of Defendant Jose Biaou in the above-captioned matter.  I

hereby certify that I am admitted to practice before this Court.


Dated:  May 19, 2025           Respectfully Submitted,


                               */s/ Alec Levy*
                               Alec Levy (DC Bar No. 1616241)
                               QUINN EMANUEL URQUHART & SULLIVAN, LLP
                               1300 I Street NW, Suite 900
                               Washington, DC 20005
                               Tel: (202) 538-8321
                               Fax: (202) 538-8100
                               aleclevy@quinnemanuel.com

                               *Attorney for Defendant Jose Biaou*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Alec Levy
Alec Levy