**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Case No. 24-CR-323 (CRC)** |
| **JOSE BIAOU,** | |
| **Defendant.** | |

# NOTICE OF APPEAL

Notice is hereby given that Defendant Jose Biaou appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment of conviction and sentence entered in this case on November 13, 2026 following the sentencing hearing held on November 10, 2026.

This appeal encompasses all orders that merge into the final judgment, including but not limited to: the Memorandum Opinion and Order of January 28, 2026, ECF No. 76; the Opinion and Order resolving the defendant's pretrial pro se motions, ECF No. 89; the Opinion and Order of September 25, 2026, ECF No. 146; the Minute Order of October 13, 2026; the Opinion of October 26, 2026, ECF No. 157; the rulings of November 10, 2026 denying the defendant's Rule 29 motion for judgment of acquittal and his Objection and Motion for a Ruling on that motion, ECF No. 163, denying his motion to continue sentencing, and granting in part and denying in part his Motion for Return of Seized Property and for an Evidentiary Hearing, ECF No. 136; and the Order of Forfeiture of November 10, 2026, ECF No. 167. See Fed. R. App. P. 3(c)(4)–(6).

This appeal is related to the defendant's pending appeal in United States v. Biaou, No. 26-3053 (D.C. Cir.).

Respectfully submitted,

____________/s/____________________

Jose Biaou, Defendant, Pro Se
DCDC No. 397360
Central Detention Facility (D.C. Jail)
1901 D Street SE, Washington, D.C. 20003
biaoujose@gmail.com

Dated: November 13, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of November, 2026, I filed the foregoing Notice of Appeal with the Clerk of the Court and served a copy upon counsel for the United States, in paper form, by placing the same in the institutional mailing system at the Central Detention Facility, first-class postage prepaid, addressed to the Clerk of the Court, United States District Court for the District of Columbia, 333 Constitution Avenue NW, Washington, D.C. 20001, and to the United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, D.C. 20530. A copy was also provided to the United States Probation Office and to standby counsel, Louis J. Manzo.

____________/s/____________________

Jose Biaou, Defendant, Pro Se

**DECLARATION OF INMATE FILING**

I am confined in an institution. Today, November 13, 2026, I am depositing this Notice of Appeal in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf. I declare under penalty of perjury that the foregoing is true and correct. See 28 U.S.C. § 1746; Fed. R. App. P. 4(c)(1).

_____________/s/_____________________
Jose Biaou, Defendant, Pro Se
DCDC No. 397360